**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MIRANDA L.,

                Plaintiff,                          23 **CIVIL** 0869 (GRJ)

      -v-                                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 30, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is GRANTED, and this case is remanded for further administrative proceedings consistent with this Decision and Order. Final judgment entered in favor of the Plaintiff and the file is closed.

**Dated:** New York, New York

      January 31, 2024

                                                      **RUBY J. KRAJICK**
                                                       Clerk of Court

                           **BY:**
                                                       **Deputy Clerk**